**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Revised 07/07 WDNY

*(stamp)* UNITED STATES DISTRICT COURT
FILED
APR 6 2022
MARY... CLERK
WESTERN DISTRICT...

Drinks~ Bruder, Sanja

Jury Trial Demanded: Yes ✓  No ____

_____
Name(s) of Plaintiff or Plaintiffs

-vs-

Niagara Falls Police Club
Tuttle, James E, Lee, Michael
Kerfoot, Steven
_____
Name of Defendant or Defendants

**DISCRIMINATION COMPLAINT**
_____ -CV- _____

**22  CV  268** -✓

You should attach a copy of your **original  Equal Employment Opportunity Commission (EEOC) complaint,** a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint.  Failure to do so may delay your case.

***Note:*** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

✓   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
> **NOTE**:  In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE**:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE:**  In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.  Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

✓     New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1.   My address is: 1032 97th Street
Niagara Falls, New York 14304

My telephone number is: 716-628-3286

2.   The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

Name: Niagara Falls Police Club (union)

Number of employees: Unknown at this time

Address: 1925 Main Street
Niagara Falls, New York 14305

3.   (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

Name:

Address:

## CLAIMS

4.   I was first employed by the defendant on (date): N/A

2

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
November 17 2019

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): Continued for over a period of two years and is continuing.

7. I believe that the defendant(s) All mentioned

a. ✓ Are still committing these acts against me.
b. _____ Are not still committing these acts against me.
(Complete this next item **only** if you checked "b" above)   The last discriminatory act against me occurred on (date) _____

_____

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

The date when I filed a complaint with the New York State Division of Human Rights is
January 8 2021 / January 11 2021
_ (estimate the date, if necessary)

I filed that complaint in (identify the city and state): Buffalo, New York

The Complaint Number was: 10210874

9. The New York State Human Rights Commission did _____ ✓ _____ /did not _____
issue a decision.  (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: A Request for EEOC Review was asked 10/13/2021

11. The Equal Employment Opportunity Commission did _____ ✓ _____ /did not _____ issue a decision.  (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: January 19 2022 .  (**NOTE:** If it

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.  I am complaining in this action of the following types of actions by the defendants:

a. _____ Failure to provide me with reasonable accommodations to the application process

b. _____ Failure to employ me

c. __✓__ Termination of my employment – relates to

d. _____ Failure to promote me

e. __✓__ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. _____ Harassment on the basis of my sex

g. __✓__ Harassment on the basis of unequal terms and conditions of my employment

h. __✓__ Retaliation because I complained about discrimination or harassment directed toward me

i. _____ Retaliation because I complained about discrimination or harassment directed toward others

j. __✓__ Other actions (please describe) non representation due to racial discrimination and retaliation. Took away my benefits illegally. Allowed and assisted with legal paperwork being changed.

14.  Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

a. __✓__ Race

b. _____ Color

c. _____ Sex

d. _____ Religion

e. _____ National Origin

f. _____ Sexual Harassment

g. _____ Age

_____ Date of birth

h. _____ Disability
Are you incorrectly perceived as being disabled by your employer?
_____ yes _____ no

15.  I believe that I was __✓__/was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are ____✓____ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (**NOTE**: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission (*check one*):
   _____ **has not** issued a Right to sue letter
   ___✓___ **has** issued a Right to sue letter, which I received on _January 19 2022_

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (*Use as much space as you need. Attach extra sheets if necessary.*)

There are many dates and times where offenses has taken place over a two year plus period. I was denied service by attorney Robert Boreanaz at urging and request of the union and union attorney James Tuttle who did retain this attorney for me because of a conflict of interest. Union and union attorney had knowledge of an illegal action going to be taken against me by my employer and never informed me and instead worked in conjunction with my employer in an act of retaliation and discrimination against me. Michael Lee (union president)

## FOR LITIGANTS ALLEGING AGE DISCRIMINATION

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
   _____ 60 days or more have elapsed _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

16.  I believe that the defendant(s) is/are ___✓___ is not/are not _____ still committing these acts against me.  (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

17.  **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (**NOTE**:  You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18.  The Equal Employment Opportunity Commission *(check one)*:
     _____  **has not** issued a Right to sue letter
     ___✓___  **has** issued a Right to sue letter, which I received on ___January 19 2022___

19.  State here as briefly as possible the *facts* of your case.  Describe how each defendant is involved, including *dates* and *places*.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need.  Attach extra sheets if necessary.)*

There are many dates and times where offenses has taken place over a two year plus period. I was denied service by attorney Robert Boreanaz at urging and request of the union and union attorney James Tuttle who did retain this attorney for me because of a conflict of interest. Union and union attorney had knowledge of an illegal action going to be taken against me by my employer and never informed me and instead worked in conjunction with my employer in an act of retaliation and discrimination against me. Michael Lee (union president)

## FOR LITIGANTS ALLEGING <u>AGE DISCRIMINATION</u>

20.  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
     _____ 60 days or more have elapsed     _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN **AMERICANS WITH DISABILITIES ACT CLAIM**

21.  I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

Page 5

19. during April 9 - May 4 2020 willfully and
knowingly used my accrued days to pay
me without my authorization while
knowing I was collecting unemployment.
Michael Lee and I both had full knowledge
that I was not allowed to work but
was still employed. Steven Kerfoot (union
President after Michael Lee stepped down)
continued and followed the same discriminatory
actions as Michael Lee did after becoming
union president. The union denied me
affirmative action in a letter written by
the union attorney to my attorney that was
retained by the union to represent me, but
never did. Unwarranted suspensions started
after a racial incident that happened at
work of which I was the victim. The
union has never assisted me properly and has
breached it's duty of fair representation
arbitrarily and in bad faith due to prejudice
and retaliation. Defendants mentioned
and others who took discriminatory/retaliatory
action against me were white. Let it be
known that there are approx. five black
union members (if that) out of approx. 65
union members that would really have no
say- Many facts are within the attached
original complaint. Another important fact is
that NYSDHR did purposely arbitrarily
disregard evidence submitted by me during
the investigation and it was never made part
of the case. I was treated unequal and unfair,

22.   The date on which I first asked my employer for reasonable accommodation of my disability is _____

_____

23.   The reasonable accommodations for my disability (if any) that my employer provided to me are: _____

_____

_____

___

24.   The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: _April 6 2022_          _Sanja Drinf-Bruder_

                                                    Plaintiff's Signature

ACKNOWLEDGEMENT

STATE OF _New York_ )

COUNTY OF _Niagara_ )

On the _6th_ day of _April_ in the year 20 _22_ before me personally came _Sanja Drinks- Bruder_ to me known and known to me to be the person(s) described in and who executed the above instrument and _she_ (they jointly and severally) acknowledged to me that _she_ (they) executed the same

_Kathleen M. Drake_

KATHLEEN M. DRAKE
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN NIAGARA COUNTY
LIC. #01DR4997544
COMM. EXP. JUNE 08, 20 _22_

6



**NEW YORK STATE** | **Division of Human Rights**

ANDREW M. CUOMO
Governor

JOHNATHAN J. SMITH
Interim Commissioner

February 10, 2021

Sanja Drinks-Bruder
1032 97th Street
Niagara Falls, NY 14304

Re:   Sanja Drinks-Bruder v. Niagara Falls Police Club, Inc., Michael Lee, James
      Tuttle, Esq.
      Case No. 10210874

Dear Sanja Drinks-Bruder:

Please be advised that this office has received your complaint. Your filing date is 1/11/2021.

A copy of your complaint, and the determination, will be sent to the U.S. Equal Employment Opportunity Commission (EEOC), so that your complaint may be dual-filed under applicable federal law. Your EEOC charge number is 16GC101031.

To protect your rights, it is essential that the Division be notified promptly of any change in your address or telephone number. A form is enclosed for this purpose.

**Use of email by the Division:** The Division uses email, whenever possible, to communicate with the parties to complaints. This avoids delays and lost mail, and increases the efficiency of Division case processing, particularly as the Division intends to continue to process cases in a timely fashion during the COVID-19 pandemic. Therefore, **you are required to provide your email address** if you have not already done so, and to keep us advised of any change of email address. You can provide your email address by emailing us at BuffaloOfficeFax@dhr.ny.gov and referencing your case number.

You will be contacted by the Human Rights Specialist assigned to your case when the active investigation of your complaint begins. In the meantime, if you have any questions please call our office at (716) 847-7632, or contact us via e-mail to BuffaloOfficeFax@dhr.ny.gov.

Very truly yours,

Debbie S. Kent
Regional Director

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004-2112

Sanja Drinks-Bruder
1032 97th Street
Niagara Falls, NY 14304

EEOC Charge Number: 16GC101031
NYSDHR Case Number: 10210874

<u>**NOTICE**</u>

This office has been informed that you filed a complaint of employment discrimination
with the New York State Division of Human Rights (NYSDHR).  The purpose of
this notice is to inform you of your federal rights pursuant to one or more
of the statutes under which you may have filed.  Please be advised that your
complaint will be investigated by the New York State Division of Human
Rights, not the Federal Equal Employment Opportunity Commission (EEOC).  All
questions, correspondence and status reports with regard to your case must be
directed to the New York State Division of Human Rights office where your
complaint was filed.

**YOUR FEDERAL RIGHTS** (if you filed under):

[X] Title VII of the Civil Rights Act of 1964, as amended — If you want to
file a <u>private</u> lawsuit in federal district court with your <u>own private</u>
<u>attorney</u> because you <u>do not</u> want the New York State Division of Human
Rights to conduct an investigation, you may request from the EEOC a
<u>Notice of Right to Sue, 180 days after you have filed your complaint.</u>
Once the EEOC grants your request, it is only valid for ninety (90)
days from the date the Notice was issued, after which your time to sue
expires.  If you want the New York State Division of Human Rights to
conduct an investigation, you do not need to make this request, or to
contact or write either agency.  The New York State Division of Human
Rights will contact you and/or advise you in the near future of their
investigation and determination findings.

[ ] The Americans with Disabilities Act of 1990 (ADA) — Same as Title VII,
above.

[ ] The Age Discrimination in Employment Act of 1967, as amended(ADEA) — If
you want to file a <u>private</u> lawsuit with your <u>own private attorney</u>, you
could do so any time after 60 days from the date you filed your
complaint with the New York State Division of Human Rights.  This is
only if you do not want the New York State Division of Human Rights to
conduct an investigation, otherwise you do not need to do anything at
this time.  The New York State Division of Human Rights will contact
you and/or advise you in the near future of their investigation and
determination findings.

Date: February 10, 2021

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004-2112

### EEOC REVIEW PROCEDURE

If you want the EEOC to review the New York State Division of Human Rights final determination, because you are not satisfied with their final findings, you may request that the EEOC conduct a substantial weight review.  This request must be done in writing to the EEOC and within <u>fifteen (15) days</u> from the date you received the New York State Division of Human Rights final determination.  Otherwise, we will adopt the state findings.

You review request must specify the reason(s) why you do not agree with the New York State Division of Human Rights final determination.

Mail your request for substantial weight review to:

Equal Employment Opportunity Commission
Attn: State and Local Unit
33 Whitehall Street, 5th Floor
New York, New York 10004-2112

This address is for review purposes only.  Remember, if you have questions concerning the status of your case, you must contact the New York State Division of Human Rights.

Date: February 10, 2021

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

SANJA DRINKS-BRUDER,

Complainant,

v.

NIAGARA FALLS POLICE CLUB, INC., MICHAEL
LEE, JAMES TUTTLE, ESQ.,

Respondents.

VERIFIED COMPLAINT
Pursuant to Executive Law,
Article 15

Case No.
**10210874**

Federal Charge No. 16GC101031

I, Sanja Drinks-Bruder, residing at 1032 97th Street, Niagara Falls, NY, 14304, charge
the above named respondents, whose address is 1925 Main St., Niagara Falls, NY, 14305 with an
unlawful discriminatory practice relating to employment in violation of Article 15 of the
Executive Law of the State of New York (Human Rights Law) because of race/color, sex,
opposed discrimination/retaliation.

Date most recent or continuing discrimination took place is 1/8/2021.

The allegations are:

SEE ATTACHED

**New York State Division of Human Rights**
**Employment Complaint Form**

Although workers, interns and volunteers of all ages are protected, you must be 18 years or older to file a complaint. A parent, guardian or other person having legal authority to act in the minor's interests must file on behalf of a person under the age of 18.

**1. Your contact information:**

First Name _Sanja D_                          Middle Initial/Name _R_

Last Name _Drinks - Bruder_

Street Address/ PO Box _1032 97th Street_    Apt or Floor #:

City _Niagara Falls_          State _NY_       Zip Code _14304_

If you are filing on behalf of another, provide the name of that person:      Date of birth:      Relationship:

**2. Regulated Areas:** Check the area where the discrimination occurred:

(If you wish to file against multiple entities, for example employer and temp agency, please file a separate complaint against each.)

- ☐ Employment *(including paid internship)*
- ☐ Internship *(unpaid)*
- ☐ Contract Work *(independent contractor, or work for a contractor)*
- ☐ Volunteer Position
- ☑ by a Labor Organization
- ☐ Apprentice Training
- ☐ by a Temp or Employment Agency
- ☐ Licensing

**3. You are filing a complaint against:**

Employer, Worksite, Agency or Union Name

_Niagara Falls Police Club_

Street Address/ PO Box

_1925 Main Street_

City _Niagara Falls_          State _NY_       Zip Code _14305_

Telephone Number:
_(716) 286-4711_                    Ext.

In what *county or borough* did the violation take place?

_Niagara_

Individual people who discriminated against you:

Name: _Michael Lee_          Title: _Union President_

Name: _James Tuttle, Esq._   Title: _Union Attorney_

If you need more space, please list them on a separate piece of paper.

**4. Date of alleged discrimination** *(must be within one year of filing):*
The most recent act of discrimination happened on: ___ _1_ ___ _8_ ___ _2021_
                                          month   day   year

**5. For employment and internships, how many employees does this company have?**
- ☐ 1-14
- ☐ 15-19
- ☑ 20 or more
- ☐ Don't know

1
Complaint

**6. Are you currently working for this company?** *No*

| | |
|---|---|
| ☐ Yes.  Date of hire: ___ ___ ___ <br>        month   day   year | What is your position? |
| ☐ No.  Last day of work: ___ ___ ___ <br>        month   day   year | What was your position? |
| ☐ I was never hired. <br>     Date of application: ___ ___ ___ <br>                  month   day   year | What position did you apply for? |

**7. Basis of alleged discrimination:**
Check **ONLY** the boxes that you believe were the reasons for discrimination, and fill in specifics only for those reasons. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☐ **Age:** <br>     Date of Birth: _____ | ☐ **Familial Status:** |
| ☐ **Arrest Record** | ☐ **Military Status:** <br>     ☐ Active Duty   ☐ Reserves   ☐ Veteran |
| ☐ **Conviction Record** | ☐ **Marital Status** <br>     ☐ Single   ☐ Married   ☐ Separated <br>     ☐ Divorced   ☐ Widowed |
| ☐ **Creed/ Religion:** <br>     Please specify: _____ | ☐ **National Origin:** <br>     Please specify: _____ |
| ☐ **Disability:** <br>     Please specify: _____ | ☐ **Predisposing Genetic Characteristic:** |
| ☐ **Domestic Violence Victim Status** | ☐ **Pregnancy-Related Condition:** <br>     Please specify: _____ |
| ☐ **Gender Identity or Expression, Including the Status of Being Transgender** | ☐ **Sexual Orientation:** <br>     Please specify: _____ |
| ☑ **Race/Color or Ethnicity:** <br>     Please specify: *Black* <br>     ☐ Trait historically associated with race such as hair texture or hairstyle | ☑ **Sex:** <br>     Please specify: *female gender* <br>     Specify if the discrimination involved: <br>     ☐ Pregnancy   ☐ Sexual Harassment |
| ☐ **Use of Guide Dog, Hearing Dog, or Service Dog** | |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☑ **Retaliation:** How did you oppose discrimination: *By speaking with union and now filing complaint*

If you believe you were discriminated against because of your relationship or association with a member or members of a protected category listed above, indicate the relevant category(ies) above, and check below.

☑ **Relationship or association**

**8. Acts of alleged discrimination:** *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| ☐ Refused to hire me | ☐ Gave me a disciplinary notice or negative performance review | ☐ Denied my request for an accommodation for my disability, or pregnancy-related condition | ☐ Sexual harassment |
| ☐ Fired me/laid me off | ☑ Suspended me | ☐ Denied me an accommodation for domestic violence | ☐ Harassed or intimidated me on any basis indicated above |
| ☑ Demoted me | ☐ Did not call back after lay-off | ☐ Denied me an accommodation for my religious practices | ☐ Denied services or treated differently by a temp or employment agency |
| ☑ Denied me promotion/ pay raise | ☐ Paid me a lower salary than other co-workers doing the same job | ☑ Denied me leave time or other benefits | ☐ Denied a license by a licensing agency |
| ☑ Denied me training | ☑ Gave me different or worse job duties than other workers doing the same job | ☐ Discriminatory advertisement or inquiry or job application | ☑ Other: All checked no representation was given by union |

took benefits away
to pay me
fraudulently

**9. Description of alleged discrimination** See page 1 - 7 attached and following this page

---

*Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*

On 1/10/2020 I (Sanja Drinks-Bruder) returned to work after taking some time off. I was in a inservice training on this day. During the inservice training I was forced to go to a unscheduled unknown unrepresented meeting that I knew nothing about. When I arrived at Deputy Faso's office I was informed by him it was a section 72 proceeding which I knew nothing about and neither did union president (Michael Lee) as he stated to me. I continued after union stated they did not know what was going on but would give all to the union attorney (James Tuttle) who would handle it and also that I must continue. The meeting was to force me to call a mental and medical doctor that they chose for me to have medical exams. The facts given are relating to the fact that I file many grievances. Those were the reasons why the city (City of Niagara Falls) Chief Licata and Deputy Faso stated I need to have these exams and were unfit for duty. Let it be noted here that it is my right through the collective bargaining agreement to file grievances when a problem with my employment exist. I also have a right to deny to submit to any mental or medical exams when there are no true facts giving reasons why such exams are needed. Believing at the time I had to do so because of what the City told me and union I did make these unwarranted medical exam appointments. I was then given paperwork from Deputy Faso and Michael Lee during this meeting which if needed I, can provide you with copies which is Human Rights. On 1/10/2020 Deputy Faso gave me section 72 proceeding law and would not explain it as I asked him to and also a copy of the facts

---

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.**

1

that were given to Niagara Falls
Civil Commission and Human Resources
by both Deputy Faso and Chief Licata
that had no signature on it. Deputy
Faso told me it was still a legal
document. Union president who was
at the entire meeting gave me a
letter that union attorney emailed
to him that had January 6 2020
date on it. I learned after the
meeting and reading the letter given
to me from union president on 1/10/2020
that the union did give the city an
okay to proceed with the section
72 proceeding against me. Let it
be known Michael Lee stated to me
on 1/10/2020 during the meeting
taking place that he did not
know what a section 72 proceeding
was. This is not true due to the
letter given to Michael Lee dated
1/6/2020 that was from union
attorney James Tuttle. This letter
given to president Lee by attorney
Tuttle previous to the 1/10/2020
meeting and given to me by Michael

2

Lee on 1/10/2020 stating the union was giving the okay to the city to take these unlawful actions against me which proves the union and Michael Lee had previous knowledge and discussions about Section 72 proceedings which Michael Lee on 1/10/2020 claimed to know nothing about it. I also now knew that there is a conflict of interest with attorney Tuttle. Union attorney Tuttle whenever there was a issue with me and my union about grievances and/or disciplinary actions being improperly taken against me he has also represented the union against me when they deny me proper representation. How is this when I am a union member that he is representing? Union attorney Tuttle in a February 2020 letter he wrote to another attorney regarding me did finally admit this which I also have a copy of that he has a conflict of interest which stops him from representing me.

3

As of the date of this complaint the union and union attorney Tuttle tells me that they are representing me. How? No proactive actions by the union and/or James Tuttle has taken place on my behalf which is almost a year. Union and union attorney allowed the city not to follow procedures and as the union and union attorney are aware of this is causing me financial hardship because I have not been able to return to work since 1/13/2020 although Deputy Faso had stated I could on 2/22/2020. The union allowed the city to force me into this unlawful Section 72 proceeding without representation because they all knew of it going to take place and did not inform me prior so that I could be prepared as all knew I was not represented makes it an unlawful procedure (section 72 proceeding). The union and union attorney in February 2020 gave me an attorney that was for representing on section 72 proceeding which was over a month after representation was needed.

4

The attorney has also taken no actions regarding the section 72 proceeding to defend me in anyway. I was then surprised in July 2020 to learn by his own statements that the union and union attorney had told him he was limited in representing me which still has not been explained to me. I was told this in July because I needed his help when I filed an application for injunctive relief. After it being filed no one would represent me as I had been told I was represented for section 72 proceedings. Also the union and union attorney told this attorney that he could not represent me in any affirmative action issues which I would have used with your agency (Human Rights) involving case no. 10265717. The union and union attorney still have not from 1/16/20 (or previous) until now has represented me and this is because I am a black female,

5

Major example was case 10205717 that was with your agency. I was never spoken with from your agency which also refused to collect the evidence that was needed and that the City refused to give to me or the union refused to get for me. So the proper conference and collection was never completed as it should have been by Human Rights which gave no rights to me for case no. 10205717. The union continues to ignore all my work related issues always and agrees with the city all allows improper disciplinary actions to be taken against me. Now I am being forced as told by the union attorney that I must wait on the city (Christopher Mazur, Esq) before any actions can take place even though my family has been placed in financial harm. The union and the city are willingly working in concert with one another to cause me hardship and to force

6

me into retirement which is a
criminal act. All these improper actions
were completed by union and city
who are white males and white females
including the union attorney who is
white male. Let it be known that I
only spoke with union president
Michael Lee about union issues as
no other union officer would speak
with me relating to this up to this
date 1/8/2021. No one has ever
been put through the unlawful
displinary actions as I have been
and the union allows it without
representation in the 27 years
I have been employed. Especially
when I did nothing wrong that
allows any disciplinary actions to
be given against me. The only
reason again is I am a black
female that has and will write a
complaint/grievance when I must
which is all the time because I
am always ignored by the city
and the union. All these unlawful
actions have also been told and

7

given to PERB (plus more) that
started in 2019 and they have
not been fully addressed yet which
also allows improper actions to be
allowed by the city and union.
Again due to no proper actions
by NYS Human Rights with my
previous complaints (discrimination)
the discrimination is allowed to
continue against me that is now
effecting my children. I am
fit for duty and nothing the
city or union has given to me
shows I am not fit for duty,
need a mental and medical exam
or does not need representation
for these improper unlawful actions.
Due to the timeframe of the
start of this discrimination there
is to much to list at this time
and can be discussed during the
scheduled conference and/or
hearing that will be made by
Human Rights to properly investigate this complaint

### Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.(If you have another action pending and still wish to file, please contact our office to discuss.)
**PLEASE INITIAL** _____

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_____
Sign your full legal name

JEFFREY W ANACLERIO
Notary Public - State of New York
NO. 01AN6406258
Qualified in Niagara County
My Commission Expires Mar 23, 2024

Subscribed and sworn before me
This ____ day of January 20 21

_____
Signature of Notary Public

County: _Erie_        Commission expires: 03/23/2021

**Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

SANJA DRINKS-BRUDER,

                            Complainant,

                   v.

NIAGARA FALLS POLICE CLUB, INC., MICHAEL
LEE, JAMES TUTTLE, ESQ.,

                          Respondents.

AMENDED VERIFIED
COMPLAINT
Pursuant to Executive Law,
Article 15

Case No.
**10210874**

Federal Charge No. 16GC101031

    I, Sanja Drinks-Bruder, residing at 1032 97th Street, Niagara Falls, NY, 14304, charge the above named respondents, whose address is 1925 Main St., Niagara Falls, NY, 14305 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of race/color, sex, opposed discrimination/retaliation.

    Date most recent or continuing discrimination took place is 1/8/2021.

    The allegations are amended as follows:

**Two pages of additional allegations added, dated stamped received on March 4, 2021.**

1

Sanja Drinks-Bonder
1032 97th Street
Niagara Falls NY 14304
March 2 2021

RECEIVED

MAR 0 4 2021

NYSDHR BUFFALO
REGIONAL OFFICE

Division of Human Rights
65 Court Street Suite 506
Buffalo, NY 14202

Debbie Kent Regional Director,
Case No: 10210874
Additional information of discrimination
involving the Niagara Falls Police Club
and James Tuttle Esq.
After filing this report with this division
my representation (legal) for section 72
proceedings I have been told by the
union attorney (Tuttle) which the union is
allowing to take away my legal representation
for section 72 proceedings which they
cannot. I still need section 72 proceedings
representation given because this case
is still pending and I have told both the
union, Mr. Tuttle and the attorney that
was retained by the union who is Mr.
Robert Boreanaz Esq. There has been from
the retaining date in February 2020 till
now no defense actions taken for me at
all. Robert Boreanaz has not given me any
legal documents ending his representation or
why if it has. I still want his representation
for section 72 proceedings. Robert Boreanaz
        Page 1 (continuing is page 2)

2

Case 10210874
states he is waiting on the union to
let him know what he can do. Mr. Boreanaz
was retained for my defense and not the
union as Mr. Tuttle (union attorney) stated
to me and Mr. Boreanaz as well as the
union in a letter he wrote dated February
12 2020. The 2/12/2020 dated letter allowed
the representation because it also was
given and approved by the union. After
Mr. Boreanaz was retained due to the
conflict of interest it now stops Mr.
Boreanaz from involving Mr. Tuttle of
his representation with me no matter
what it would be as long as it
pertained to section 72 proceedings.
These actions of trying to take
away my representation is because
I am a black female who reports
their actions of discrimination when
it happens with me because I am
black. Let it be known the representation
appears there when not needed and
not there (representation) when really
needed which can be explained in
detail as it has been with others.

Saya Davis-Bruder

RECEIVED

APR 05 2021

NYSDHR BUFFALO
REGIONAL OFFICE

Sanja' Drinks - Bruder
1032 97Th Street
Niagara Falls NY 14304
March 29 2021   Changed + correct case # 10210877
                on 4/13/21         S. Drinks - Bruder
Division of Human Rights
65 Court Street Suite 506
Buffalo, NY 14202


Debbie Kent Regional Director,
Case No 10210873 10210874 Sanja' Drinks-Bruder
Amendment #2   Page 1 of 3
    " NIAGARA FALLS POLICE CLUB"
On 3/16/2021 the union attorney (Tuttle)
with the union showed me through an
email that they asked for arbitration
for me regarding union matters (representation,
pay and unwarranted suspensions). This
arbitration set by the union attorney is
something that was started by him and I
again was never asked before actions were
taken. I will not take this arbitration
because first it has union matters within
it and not any matters (grievances) followed
proper procedures. If procedures had been
followed as should be the evidence and
proof needed would be available for ME to
have for this arbitration. The union and
union attorney never assisted me properly
with any union matters mentioned and
now says, well we will represent you on
your grievance but whatever the arbitrator

2

states I (Sanja) must accept and cannot
go to court if I would disagree with
the arbitrator. I will not accept a
demand for arbitration when procedures
were not followed and no proper
representation was given to me and
not "I must accept whatever the outcome"
and I cannot appeal it. As far as the
concerns about the section 75 and the
arbitration relating to it I must explain
about the 75's and why they did occur
and continue to occur. The section 75
are a direct result of the section 72
proceeding and the conflict of interest
union attorney Tuttle has admitted to which
allowed violations of my Weingarten and
civil rights, as well as misconduct by Mr. Tuttle
and violations of professional ethics. I am
forced by the union and Mr. Tuttle to accept
what he and the union calls representation.
Due to financial hardship I will accept what
they wrongly consider proper representation
because it must which is Mr. Tuttle for the
section 75 but not through a demand for
arbitration as Mr. Tuttle and the union are
seeking to do. This is another arbitrary, bad
faith and discriminatory/retaliatory action
that would have me with an attorney who
has a conflict of interest (Mr. Tuttle), city
attorney (Mr. Mazur) who has never spoken with
me about anything from the start of the
unlawful section 72 proceeding on 1/10/2020 and

3

a arbitrator who will likely side with the
union and city attorney who both stated many
times my grievances have no merit which
is not true. The arbitrator will therefore
side with the municipality and a professional
attorney who are both white rather then
a black female with no political or
professional connections as they have whom
will then not be able to appeal.

Saya Dril-Bral                3/30/2021
Petitioner Signature              date

State of Florida ____ county of Orange
The above petitioner whose name is
Sonia Drinks-Bruder _____ personally
appeared before me and is known by me
OR has produced the following identification
____ Fl. DL ____ on this 30th day of
March _____ 2021.


Vamau Hams
Notary's Signature

Aug 23 2021.
Commission Expires



XIOMARA DE LEON
Notary Public - State of Florida
Commission # GG 13/414
My Comm. Expires Aug 23, 2021



**Division of
Human Rights**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>SANJA DRINKS-BRUDER,<br><br>Complainant,<br><br>v.<br><br>NIAGARA FALLS POLICE CLUB, INC., MICHAEL LEE, JAMES TUTTLE, ESQ.,<br><br>Respondents. | DETERMINATION AND ORDER AFTER INVESTIGATION<br><br>Case No.<br>10210874 |

Federal Charge No. 16GC101031

On 1/11/2021, Sanja Drinks-Bruder filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named respondent with an unlawful discriminatory practice relating to employment because of race/color, sex, opposed discrimination/retaliation in violation of N.Y. Exec. Law, art. 15 (Human Rights Law).

After investigation, and following opportunity for review of related information and evidence by the named parties, the Division has determined that there is NO PROBABLE CAUSE to believe that the respondents have engaged in or are engaging in the unlawful discriminatory practice complained of. This determination is based on the following:

A review of the record does not support complainant's allegation that she was denied proper or adequate representation because of her sex, race/color and/or out of retaliation. A review of the record shows complainant was assigned union and/or outside counsel throughout her Article 72 and Article 75 Proceedings. It appears complainant was not satisfied with the legal advice she received from union and outside counsel, which is not for NYSDHR to investigate, but for her to pursue through the New York State Public Employment Relations Board. There is no evidence to suggest respondent was connected to City of Niagara Falls, Police Department in commencing the Article 72 and Article 75 proceedings, but concluded the City was within its rights to pursue the matter. The evidence in the record does not support a reasonable belief that complainant was discriminated against, denied counsel, or given inadequate counsel because of her race/color, sex or out of retaliation for filing prior internal and external discrimination complaints.

The complaint is therefore ordered dismissed and the file is closed.

PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition within sixty (60) days after service of this Determination. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under Title VII of the Civil Rights Act of 1964. Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated:    9-28-2021
          Buffalo, New York

                    STATE DIVISION OF HUMAN RIGHTS


          By: _Debbie _____
                    Debbie S. Kent
                    Regional Director

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

SANJA DRINKS-BRUDER,
Complainant,

v.

NIAGARA FALLS POLICE CLUB, INC., MICHAEL
LEE, JAMES TUTTLE, ESQ.,
Respondents.

AFFIDAVIT OF SERVICE

Case No.
10210874

Federal Charge No. 16GC101031

STATE OF NEW YORK   )
                    )  SS:
COUNTY OF ERIE      )

      Josephine O'Neill, being duly sworn, deposes and says, that he/she is over the age of 18 years; that he/she is employed by the New York State Division of Human Rights; that on September 30, 2021, he/she served the within DETERMINATION upon:

Complainant
Sanja Drinks-Bruder
1032 97th Street
Niagara Falls, NY 14304

Respondent
Niagara Falls Police Club, Inc.
Attn: Legal Department
1925 Main St.
Niagara Falls, NY 14305

Respondent
Michael Lee
Niagara Falls Police Club, Inc.
1925 Main St.
Niagara Falls, NY 14305

Respondent
James Tuttle, Esq.
Niagara Falls Police Club, Inc.
1925 Main St.
Niagara Falls, NY 14305

by personally placing true copies of the same, securely enclosed in postpaid wrappers in the post office box/depository under the exclusive care and custody of the United States Postal Service at 65 Court Street, Buffalo, New York.

Dated: September 30, 2021
Buffalo, New York

*Josephine O'Neill*

Josephine O'Neill
Secretary 1

Sworn before me this
30th day of November, 2021

Notary Public

Ruth M. Gonzalez Cruz
Notary Public, State of New York
No. 01GO6301439
Qualified in Erie County
My Commission Expires 8/2/2022

2

3. No witnesses were contacted by NYSDHR.

4. Evidence given from day of complaint filed through completion of paperwork given for this case which was known to be mailed on September 17 2021 to NYSDHR was not used. The September 17 2021 mailing did include new evidence that NYSDHR did ask for because it was lost or misplaced by them but needed again by them.

5. Debbie Kent (Regional Director for NYSDHR) signature is very different than past signature's on NYSDHR documents but claim to be the same party. Why?

6. Jarres Tuttle (union attorney and respondent) was mailed the determination as I was mailed by NYSDHR. But Mr. Tuttle's determination was mailed to the address of the Niagara Falls Police Club which is at the Niagara Falls Police Department's address. This determination was not sent to his office which is in Clifton Park, NY (4 hours plus distance from the Niagara Falls Police Club) as it should have been why was that?

7. Debbie Kent is the same party who has in the past and continues to dismiss my cases where there is proof and evidence showing discrimination without any hearings being allowed even when asked for on every case.

Thank you,

Jaya Dunk-Brader

Saya' Drinks-Bruder
1032 97th Street
Niagara Falls NY 14304
October 13 2021

Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004-2112

Case No. 10510894
Federal Charge No. 16GC101031

Saya' Drinks-Bruder

                                        Complainant

                    V

Niagara Falls Police Club, Inc., Michael Lee,
James Tuttle, Esq

                                        Respondents

1 Saya' Drinks-Bruder (complainant) do
request that EEOC conduct a review for
the complaint/charge mentioned above.
I am requesting the review for the following
reasons:

1. Supposed documents from respondents
were changed illegally by respondents
but accepted and allowed by NYSDHR.

2. Civil Rights were violated by varies individuals
and agencies

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Sanja Drinks-Bruder**
**1032 97th Street**
**Niagara Falls, NY 14304**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **16G-2021-01031** | **Holly M. Shabazz,**<br>**State & Local Program Manager** | **(929) 506-5316** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐   The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☒   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Judy A. Keenan* (signature)

January 6, 2022

Enclosures(s)

**Judy A. Keenan,**
**District Director**

*(Date Issued)*

cc:   **Attn: James Tuttle, Esq.**
**NIAGARA FALLS POLICE CLUB, INC.**
**1925 Main St.**
**Niagara Falls, NY 14305**

JS 44   (Rev. 04/21)

**CIVIL COVER SHEET**

2 2  C V  2 6 8

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Drinks – Bruder, Sanja R | Niagara Falls Police Club<br>Tuttle, James E, Lee, Michael<br>Kerfoot, Steven |

**(b)** County of Residence of First Listed Plaintiff  Niagara
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Niagara
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ~~Attorneys~~ *(Firm Name, Address, and Telephone Number)*
Pro Se
1032 97th Street
Niagara Falls NY 14304  7166283286

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                        Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | | | |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 330 Federal Employers' | Product Liability | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | Injury | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [x] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S. Civil Statue 42 U.S.C. 2000e
Brief description of cause:
Denied services relating to employment / no representation

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes  [ ] No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  4/6/2022

SIGNATURE OF ~~ATTORNEY~~ OF RECORD  Sanja Drink-Bruder  Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____